UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Kevin Rizzi,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Keller Williams, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01721-GMN-DJA<br><br>**Report and Recommendation** |

　　　　On July 23, 2024, the Court noted that Plaintiff had not filed proof of service as to any Defendant and that Plaintiff's proof of service was overdue. (ECF No. 18). The Court thus ordered Plaintiff to show cause why the Court should not recommend dismissal of the action under Federal Rule of Civil Procedure 4(m) and gave Plaintiff until August 22, 2024, to file a response. To date, Plaintiff has not filed anything further in this action. *See* Fed. R. Civ. P. 4(m)("[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**NOTICE**

　　　　Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to

file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: September 10, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE